**FILED**

SEP 19 2018

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 4-18-71306 |
| PABLO GIORGIO NALERIO | ) | |
| | ) | MAG |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **August 30, 2018** in the county of **Alameda** in the **Northern** District of **California**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 26 U.S.C. § 5861(d) | Receiving or possessing a firearm which is not registered in the National Firearms Registration and Transfer Record. |

This criminal complaint is based on these facts:
Please see attached affidavit.

☐ Continued on the attached sheet.

Approved as to form _____
AUSA Elise LaPunzina

_____
*Complainant's signature*

FBI Special Agent R. Russell Nimmo
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 9/18/18

_____
*Judge's signature*

City and state: Oakland, CA

Honorable Kandis A. Westmore
*Printed name and title*

# AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, R. Russell Nimmo, being duly sworn, declare as follows:

## I. INTRODUCTION

1. I am a Special Agent ("SA") of the United States Department of Justice, Federal Bureau of Investigation ("FBI") and have been so employed since February 2003. After being hired as a Special Agent, I attended a 17-week academy in Quantico, Virginia, where I was trained in federal investigations, to include domestic terrorism investigations. I am an investigative or law enforcement officer of the United States within the meaning of Section 2510(7) of Title 18 of the United States Code, that is, an officer of the United States who is empowered by law to conduct investigations of and to make arrests for federal felony offenses.

2. I am currently assigned to the Domestic Terrorism Squad in the Oakland Resident Agency (ORA) of the FBI's San Francisco Division. As a Special Agent for the FBI, I have participated in and supervised numerous federal investigations, including investigations related to violent crime, narcotics trafficking, firearms violations, homicides and racketeering investigations.

## II. PURPOSE OF THE AFFIDAVIT

3. This affidavit is submitted in support of a criminal complaint and arrest warrant charging PABLO GIORGIO NALERIO with a violation of Title 26, U.S.C. § 5861(d), receiving or possessing a firearm which is not registered to him in the National Firearms Registration and Transfer Record.

4. The term "firearm" includes a "destructive device," as referenced by 26 U.S.C. § 5845(a)(8). The term "destructive device" means (1) any explosive, incendiary, or poison gas (A) bomb, (B) grenade, (C) rocket having a propellant charge of more than four ounces, (D) missile having an explosive or incendiary charge of more than one-quarter ounce, (E) mine, or (F) similar device, as referenced by 26 U.S.C. § 5845(f)(1). The term "destructive device" does not include any device which was neither designed nor redesigned for use as a weapon, as referenced in 26 U.S.C. § 5845(f).

5. The facts and information contained in this affidavit are based upon my personal investigation and from other state and federal law enforcement officers involved in this matter. All observations referenced in this affidavit that were not personally made by me were related to me, either orally or in writing, by the person or persons who made such observations.

6. Because this affidavit is being submitted for the limited purpose of establishing probable cause for a criminal complaint, I have not included every detail of every aspect of the investigation. Rather, I have set forth only those facts that I believe are necessary to establish probable cause.

### III. PROBABLE CAUSE

7. On August 30th 2018, at approximately 3:20 a.m., officers from the California Highway Patrol ("CHP") were traveling southbound on I-880, north of 5th Street in Oakland, California. The officers were in a fully marked, black and white, CHP Ford Explorer patrol vehicle. The attention of the officers was directed to a blue Suzuki Z400 motorcycle which was traveling in the same direction, immediately in front of their patrol

vehicle. Officers observed that the motorcycle was not displaying a rear facing license plate, a violation of the California Vehicle Code.

8. Officers initiated a traffic stop of the motorcycle and asked the driver for his license, registration and proof of insurance. The driver provided a California driver's license that identified him as PABLO GIORGIO NALERIO. NALERIO was unable to provide any documentation to show ownership of the motorcycle. Officers located the motorcycle's VIN number and proceeded to conduct a registration check. A high alert message was received from the CHP Golden Gate Communication Center ("GGCC") that the motorcycle was listed as stolen.

9. Upon receiving this information, officers placed NALERIO in handcuffs and read Miranda Rights to him, which NALERIO indicated he understood. Prior to searching a backpack in NALERIO's possession, incident to arrest, officers asked if he had anything illegal in the backpack. NALERIO responded that he had some "dumb ass fireworks we're going to blow up at my friend's farm this weekend." Upon searching the backpack, officers located an explosive device with nails taped to the outside. Officers asked if NALERIO had taped the nails to the device and he responded, "yeah…I know how shitty that looks but we're gonna like blow it up inside a refrigerator or something, but I understand that that's really dumb." In addition to the destructive device, officers also located a standalone firework shaped as a mortar, 4 inches in length and 2 inches in width.

10. Officers continued with their search and found a small clear baggie which contained a clear crystalline substance tucked inside of the outer wrapper of NALERIO's

pack of cigarettes. NALERIO stated to the officers that the substance was "crystal meth." NALERIO stated that he used methamphetamine regularly over that last week.

11. After concluding the arrest of NALERIO, the officers returned to the Oakland Area CHP office and placed seized evidence in a locker for processing. Due to the dangerous nature of the explosive device, officers separated the device from the other items seized and took photographs of it and called the Bomb Unit from the University of California, Berkeley, Police Department ("UCPD") for assistance.

12. Officers from the UCPD Bomb Unit determined that the device was a functioning explosive, comprised of three 4-inch mortar rounds which appeared to be fireworks, taped together, with 47 steel nails approximately 2 inches in length taped to the outside of one of the mortars. There was also writing along the barrel of one of the mortars, which indicated "YOU DEAD AS FUCK." Above the writing was a symbol for a swastika (see Attachment A).

13. A firework in the shape of a mortar round is designed to be placed in a launching tube which provides direction to the firework as the explosive charge detonates, launching the mortar round in the air. Without a launching tube, the firework would explode wherever it was placed. Mortar round fireworks contain a fuse, an explosive charge, and additional explosive material within the firework. Igniting the fuse activates the bottom charge which launches the firework. As it burns, the fuse activates the remaining explosive material within the mortar round, causing it to explode and display a lighting effect.

14. UCPD Bomb Unit Officers tested the mortar round wrapped in electrical tape and nails. It consisted of a portion of black powder, with a fuse extending from the black powder into a solid brown substance which occupied the majority of the cylinder. Test samples of the fuse and the solid brown substance reacted energetically when a flame was applied. This test indicated to the UCPD Bomb Unit Officers that the explosive device was functional.

15. The Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") has been consulted in this matter. The ATF confirmed that the explosive device was not registered to NALERIO in the National Firearms Registration and Transfer Record.

16. Among the State of California violations CHP Officers arrested NALERIO for were:

- Knowingly possessing an explosive (California Health and Safety Code Section 12305);
- Possession of a destructive device (California Penal Code Section 18710);
- Possession of dangerous fireworks without a permit (California Health and Safety Code Section 12677)

17. The UCPD Bomb Unit indicated that the fireworks in NALERIO's possession were classified as "dangerous" under California Health and Safety Code Section 12505(c) due to the fact that at least one mortar round, as evident from its fireworks label, appeared to be designed to rise and explode in the air. Because these fireworks were classified as "dangerous," they were illegal to possess without a valid license, which NALERIO did not have. The UCPD Bomb Unit also indicated that the

nails taped to the outside of the mortar round, which was taped to two other mortar rounds, indicated that it was not going to be used for a fireworks display, but as a destructive device built with the intent to cause bodily harm.

## IV. CONCLUSION

18. Based on the aforementioned facts and my training and experience, there is probable cause to believe that the defendant, PABLO GIORGIO NALERIO, did knowingly and intentionally possess a firearm, specifically a destructive device, that was not registered to him in the in the National Firearms Registration and Transfer Record, in violation of Title 26, United States Code, Section 5861(d).

19. I declare under penalty of perjury that the facts contained herein are true and correct to the best of my information and belief.

_____
R. Russell Nimmo
Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before me this 18th day of September, 2018.

_____
HONORABLE KANDIS A. WESTMORE
United States Magistrate Judge

# ATTACHMENT "A"

## PHOTOS OF EXPLOSIVE DEVICE POSSESSED BY PABLO GIORGIO NALERIO [1]

Photograph #1



---

[1] Photographs taken by UCPD Bomb Unit Officer Jacob Weslie on 08/30/2018, prior to rendering the device safe.

# PHOTOS OF EXPLOSIVE DEVICE POSSESSED BY PABLO GIORGIO NALERIO

Photograph #2



# PHOTOS OF EXPLOSIVE DEVICE POSSESSED BY PABLO GIORGIO NALERIO

Photograph #3



# PHOTOS OF EXPLOSIVE DEVICE POSSESSED
# BY PABLO GIORGIO NALERIO

Photograph #4



# PHOTOS OF EXPLOSIVE DEVICE POSSESSED BY PABLO GIORGIO NALERIO

Photograph #5



# PHOTOS OF EXPLOSIVE DEVICE POSSESSED BY PABLO GIORGIO NALERIO

Photograph #6

