1  STEVEN G. KALAR
   Federal Public Defender
2  Northern District of California
   HANNI FAKHOURY
3  Assistant Federal Public Defender
   13th Floor Federal Building - Suite 1350N
4  1301 Clay Street
   Oakland, CA 94612
5  Telephone: (510) 637-3500
   Facsimile: (510) 637-3507
6  Email: Hanni_Fakhoury@fd.org
7

8  Attorneys for Pablo Nalerio

9

10                    IN THE UNITED STATES DISTRICT COURT

11                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                                  OAKLAND DIVISION

13

| 14 | UNITED STATES OF AMERICA, | **Case No.:** CR 18–71306 MAG |
|---|---|---|
| 15 | Plaintiff, | **STIPULATION AND [PROPOSED] ORDER CONTINUING PRELIMINARY HEARING DATE TO NOVEMBER 6, 2018 AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT** |
| 16 | v. | |
| 17 | PABLO NALERIO, | |
| 18 | Defendant. | **Court:** Courtroom 4, 3rd Floor |
| 19 | | **Hearing Date:** October 19, 2018 |
| | | **Hearing Time:** 9:30 a.m. |
| 20 | | |

21       The preliminary hearing or arraignment, as well as a status hearing regarding detention, in this

22  case is set for October 19, 2018.  The parties jointly request the Court continue these hearings to

23  November 6, 2018, at 9:30 a.m. as the parties are continuing to work on the issue of Mr. Nalerio's

24  release or detention, including arranging a psychiatric evaluation of Mr. Nalerio.  The parties are also

25  exploring possible pre-indictment resolutions to the case.  The parties further request that the Court

26  exclude time under Federal Rule of Criminal Procedure 5.1(c) and (d) and the Speedy Trial Act, 18

27  U.S.C. § 3161, between October 19, 2018 and November 6, 2018 to allow for the effective

28  preparation of counsel and continuity of counsel, taking into account the exercise of due diligence.

IT IS SO STIPULATED.

Dated: October 15, 2018

STEVEN G. KALAR
Federal Public Defender
Northern District of California

_____/S/_____
HANNI FAKHOURY
Assistant Federal Public Defender

Dated: October 15, 2018

ALEX TSE
United States Attorney
Northern District of California

_____/S/_____
ELISE LAPUNZINA
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PABLO NALERIO,<br><br>Defendant. | **Case No.:** CR 18–71306 MAG<br><br>**[PROPOSED] ORDER CONTINUING PRELIMINARY HEARING DATE TO NOVEMBER 6, 2018 AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT**<br><br>**Court:** Courtroom 4, 3rd Floor |

Based on the reasons provided in the stipulation of the parties above, the Court hereby finds:

1. The parties need additional time to explore the issue of Mr. Nalerio's release or detention and arrange for a psychiatric evaluation of Mr. Nalerio, and explore pre-indictment resolutions to the case;

2. These tasks are necessary for the defense preparation of the case and the failure to grant the requested continuance would unreasonably deny counsel for defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence; and

3. The ends of justice served by this continuance outweigh the best interest of the public and the defendant in a speedy trial.

Based on these findings, it is hereby ordered that the status hearing date of October 19, 2018, scheduled at 9:30 a.m. is vacated and reset for November 6, 2018 at 9:30 a.m. before the Honorable Donna M. Ryu. It is further ordered that time is excluded pursuant to Federal Rule of Criminal Procedure 5.1(c) and (d), and the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), from October 19, 2018 through November 6, 2018.

**IT IS SO ORDERED.**

DATED: 10/16/18

_Kandis Westmore_
HONORABLE KANDIS A. WESTMORE
United States Magistrate Judge