STEVEN G. KALAR
Federal Public Defender
Northern District of California
HANNI FAKHOURY
Assistant Federal Public Defender
13th Floor Federal Building - Suite 1350N
1301 Clay Street
Oakland, CA 94612
Telephone: (510) 637-3500
Facsimile: (510) 637-3507
Email: Hanni_Fakhoury@fd.org

Attorneys for Pablo Nalerio

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PABLO NALERIO,<br><br>Defendant. | **Case No.:** CR 18–71306 MAG<br><br>**[PROPOSED] ORDER AUTHORIZING PSYCHOLOGICAL EVALUATION**<br><br>**Court:** Courtroom 4, 3rd Floor<br>**Hearing Date:** November 6, 2018<br>**Hearing Time:** 9:30 a.m. |

Mr. Nalerio is charged by complaint with possessing an unregistered firearm in violation of 26 U.S.C. § 5861(d). *See* Dkt. 1. At his initial appearance on September 26, 2018, the government moved for Mr. Nalerio to be detained and Mr. Nalerio requested a full bail study be prepared by Pretrial Services. Dkt. 5. Mr. Nalerio was interviewed that day by Pretrial Services Officer Tim Elder. The final pretrial services report provided details about Mr. Nalerio's background, including the fact he had no prior criminal convictions, had served in the U.S. Army National Guard for four years before receiving a general discharge, and Mr. Nalerio's history of drug abuse. However, Mr. Elder was concerned that Pretrial Services had incomplete information about potential mental health issues affecting Mr. Nalerio. As a result, Pretrial Services recommended Mr. Nalerio be detained

until it received more information about Mr. Nalerio's mental health condition.

When the parties appeared for a detention hearing on October 3, 2018, Mr. Nalerio agreed to waive his right to have a detention hearing and formal findings while he explored the possibility of having a psychological examination done to address Pretrial's concerns about Mr. Nalerio's mental health. Dkt. 5.

After meeting and conferring, the parties agree that a psychological examination would be beneficial in assessing whether Mr. Nalerio should be released or detained while his case is pending. Mr. Nalerio therefore requests the Court order Mr. Nalerio to undergo a psychological examination to be paid for by Pretrial Services in anticipation of Mr. Nalerio's detention hearing. Neither the government or Pretrial Services objects to this request.

Respectfully submitted,

Dated: October 19, 2018

STEVEN G. KALAR
Federal Public Defender
Northern District of California

/S/
HANNI FAKHOURY
Assistant Federal Public Defender

| | |
|---|---|
| 1 | |
| 2 | IN THE UNITED STATES DISTRICT COURT |
| 3 | FOR THE NORTHERN DISTRICT OF CALIFORNIA |
| 4 | OAKLAND DIVISION |
| 5 | |

| | |
|---|---|
| UNITED STATES OF AMERICA, | **Case No.:** CR 18–71306 MAG |
| Plaintiff, | **[PROPOSED] ORDER AUTHORIZING PSYCHOLOGICAL EVALUATION** |
| v. | **Court:** Courtroom 4, 3rd Floor |
| PABLO NALERIO, | |
| Defendant. | |

In order to assist the Court in determining whether the defendant should be released or detained, IT IS HEREBY ORDERED that defendant PABLO NALERIO undergo a psychological examination, with expenses paid for by Pretrial Services.

**IT IS SO ORDERED.**

DATED:_____     _____
HONORABLE DONNA M. RYU
United States Magistrate Judge